To whom it may concern:

Chris Hager is the father to my two children, ▓▓ Hager (9 yrs) and ▓▓▓ Hager (4 yrs). He currently spends every other weekend with them and sees them every Saturday at hockey. For that time to be taken away from them would be very impactful. During his last sentence, the impact to their personalities was huge. My youngest was not even 2 years old yet but his father's disappearance in his life caused a dramatic change in him. He was a very happy go lucky boy and easy going prior to and he quickly became distressed and suffered from separation anxiety. He has also developed social anxiety which I think has also been a result of the traumatic experience in his life. He has had to do Occupational therapy and therapy with a counselor due to these issues that developed from this. The transition of his father back in his life was also a hard experience for him. He struggles spending the night over there every other weekend, but is slowly getting more comfortable, so I feel that if we took that out of his life again and tried to reinsert it later it would cause a lot of confusion and discomfort for him again.

In addition, their father does pay $647 a month in child support and pays half of childcare, medical and extracurricular activities. This additional support of income is much needed in order for me to give my children the life they are used to living and the life experiences they need to grow. Without this additional support, I would not be able to afford childcare or any extracurricular activities for them. My oldest currently does Taekwondo and both of them play hockey.

Sincerely,

Jessica Hager



DEFENDANT'S EXHIBIT Z